No. 02–9687.  HAILEY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–9688.  FLORES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–9689.  GRAHAM *v.* BATTLE, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–9690.  GARCIA *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–9694.  KULKA *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

Nc. 02–9701.  PAIGE *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 02–9703.  CUMMINGS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 02–9705.  DAVIS *v.* OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–9706.  GONZALEZ DE LA CRUZ *v.* TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 02–9708.  CADOGAN *v.* LAVIGNE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–9710.  EMMITT *v.* SNIDER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–9712.  COCHRANE *v.* MCGINNIS, SUPERINTENDENT, DOWNSTATE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–9713.  DIZON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–9714.  CHAMBERS *v.* ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.